### HARWELL TYSON v. STATE OF FLORIDA

33 So. (2nd) 163          June Term, 1947
December 19, 1947          Division B

Affirmed.

### REMIGIO SQUARCIA v. J. E. GROOVER

33 So. (2nd) 163          June Term, 1947
December 19, 1947          Division A
Rehearing denied January 12, 1948

Affirmed.

### GINO FRANSCHINI and HARVEY B. EBY v. M. C. MARTIN, Individually and CASEY PROPERTIES, INC., a corporation under the laws of Florida.

33 So. (2nd) 162          June Term, 1947
December 19, 1947          Division B

Affirmed.

### HAMILTON C. FORMAN v. CITY OF ST. PETERSBURG

         June Term, 1947
December 19, 1947          Division B
Rehearing denied January 6, 1948

Affirmed.

### ECONOMY CAB COMPANY of Jacksonville, a corporation, v. JOHN C. DAVIS.

33 So. (2nd) 162          June Term, 1947
December 19, 1947          Division B

Affirmed.

### GEORGE BROWN v. STATE OF FLORIDA

32 So. (2nd) 432          January Term, 1948
January 20, 1948          Division B
Rehearing denied February 16, 1948

Affirmed.

### COOPER BROS. and CASUALTY RECIPROCAL EXCHANGE v. E. JESSE REESE and FLORIDA INDUSTRIAL COMMISSION.

32 So. (2nd) 432          January Term, 1948
January 20, 1948          Division A

Affirmed.